# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ASBURY AUTOMOTIVE GROUP, INC. DATA INCIDENT LITIGATION | Case No. 1:24-mi-55555-VMC |

## ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

This matter is before the Court on the Renewed Motion for Appointment of Interim Class Counsel ("Motion") under Federal Rule of Civil Procedure 23 by Plaintiffs Miller, Aviles, Pedraza, Scott, Johnson, and Siebels—six of seven plaintiffs in the Consolidated Action.[1]

For the reasons in Plaintiffs' Motion, to ensure consistent and efficient adjudications in this Court and conserve the resources of the Court and the parties,

---

[1] The seven related actions that were consolidated under the present action were:
- *Evan Miller, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-01901-VMC
- *Juan Acevedo, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-01987-VMC
- *Omar Aviles, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-01997-VMC
- *David Pedraza, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-02016-VMC
- *Christian D. Scott, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-02018-VMC
- *Stephen Johnson, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-02043-VMC
- *Brendan Siebels, et al. v. Asbury Automotive Group, Inc.,* No. 24-cv-03130-VMC

and for other good cause shown, the Court hereby **GRANTS** the Motion, and issues the following orders:

The Court appoints Attorney Lynn A. Toops of Cohen & Malad, LLP as Interim Class Counsel in the Consolidated Action. The Court bases this appointment on Ms. Toops' qualifications and credentials as set forth in Plaintiffs' Memorandum in Support of Appointment of Interim Class Counsel and on the agreement of counsel for six of the seven Plaintiffs in this Action.

The Court appreciates Mr. Barthle's argument regarding class counsel appointment issues generally, but is confident that the Court's supervision of any settlement and/or attorney's fees award is sufficient to deter billing practices harmful to the class.

The Motion to Vacate (Doc. 19) is **DENIED**. Interim Class Counsel's Renewed Motion (Doc. 23) is **GRANTED**. The Acevedo Plaintiff's Motion to Appoint (Doc. 25) is **DENIED**.

**IT IS SO ORDERED.**

Date: August 22, 2024

HONORABLE VICTORIA M. CALVERT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**