# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ASBURY AUTOMOTIVE GROUP, INC. DATA INCIDENT LITIGATION | LEAD CASE NO.: 1:24-mi-55555-VMC |

### DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY ACTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Defendant Asbury Automotive Group, Inc. ("Asbury") respectfully moves the Court for an order compelling individual arbitrations of Plaintiffs' claims and to stay this action pending completion of all individual arbitration proceedings. Each Plaintiff agreed to binding arbitration when they signed their arbitration agreements with Asbury. As explained in detail in the accompanying Memorandum of Law, Plaintiffs agreed to proceed in arbitration only, not before this Court. Accordingly, the Court should grant this Motion and stay this action pending completion of all individual arbitration proceedings.

Respectfully submitted, this 30th day of October2024.

[SIGNATURE APPEARS ON NEXT PAGE]

By: */s/ Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 757333
cwiech@bakerlaw.com
Chelsea M. Lamb
Georgia Bar No. 524879
clamb@bakerlaw.com
Olivia S. Williams
Georgia Bar No. 804380
owilliams@bakerlaw.com
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309-7676
Telephone: 404.256.6694

*Attorneys for Defendant*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel for Defendant certifies that this document has been prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia.

Dated: October 30, 2024

*/s/ Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 757333

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system, which will automatically provide a copy to all counsel of record.

Dated: October 30, 2024

                                           */s/ Christopher A. Wiech*
                                           Christopher A. Wiech
                                           Georgia Bar No. 757333