**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ASBURY AUTOMOTIVE GROUP, INC. DATA INCIDENT LITIGATION | Case No. 1:24-mi-55555-VMC |

**UNOPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS**
**PENDING SETTLEMENT NEGOTIATIONS**

Plaintiffs, Evan Miller, Omar Aviles, David Pedraza, Christian D. Scott, Stephen Johnson, and Brendan Siebels ("Plaintiffs"), by counsel, move the Court to continue the current stay of proceedings in this case for sixty (60) days to allow the parties to make continued progress on their informal settlement negotiations. In support of this Motion, the Plaintiffs state as follows:

1.     Plaintiffs filed their Consolidated Class Action Complaint on September 23, 2024. (ECF No. 33).

2.     On October 30, 2024, Defendant Asbury Automotive Group, Inc. ("Defendant") filed its Motion to Compel Individual Arbitration and Stay Action (ECF Nos. 36, 36-1:36-08) ("Arbitration Motion").

1

3.      On October 15, 2025, the Court entered an Order Granting Unopposed Motion to Continue Stay of Proceedings Pending Settlement Negotiations (ECF No. 50) to allow the Parties to continue settlement negotiations.

4.      The stay expires on December 12, 2025. Plaintiffs' Response to Defendant's Motion is currently due December 12, 2025, and Defendant's Reply is due December 26, 2025.

5.      The Parties have made progress with settlement negotiations in a continued effort to resolve the case. The Parties believe they are close to a settlement and are hopeful no further extensions will be necessary.

6.      In order to better facilitate the Parties' efforts to resolve the matter without further litigation, Plaintiffs move the Court to extend the current stay of proceedings in this matter, including but not limited to Plaintiffs' deadline to respond to Defendant's Arbitration Motion.

7.      Should this matter not resolve within 60 days, Plaintiffs respectfully request that they be permitted up to and including February 10, 2026, to file a Response to Defendant's Arbitration Motion. Plaintiffs similarly request the Defendant be afforded a corresponding deadline of February 24, 2026, to file its Reply.

8. Good cause exists to support the Court granting of this motion because staying proceedings to facilitate settlement negotiations will help to conserve party and judicial resources.

9. On November 26, 2025, counsel for Plaintiffs communicated with counsel for Defendant, and Defendant agrees to a sixty-day extension to the current stay of proceedings, including Plaintiffs' Response to the Arbitration Motion pending the Parties' informal settlement discussions.

10. For the foregoing reasons, the Plaintiffs submit there is good cause to grant the requested sixty (60) day stay, including the deadline for Plaintiffs to respond to Defendant's Arbitration Motion, enlarging the deadline to February 10, 2026. Plaintiffs also submit there is good cause to grant the requested additional fourteen days for Defendant to Reply to Plaintiffs' Response, enlarging the deadline to February 24, 2026.

WHEREFORE, Plaintiffs respectfully request the Court issue an Order granting the Plaintiffs' requested extension of the Stay.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

***Counsel for Plaintiffs***

## RULE 7.1(D) CERTIFICATE

The undersigned counsel for Plaintiffs certifies that this document has been prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia.

Date: December 2, 2025

*/s/ Lynn A. Toops*
Lynn A. Toops

## CERTIFICATE OF SERVICE

I certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system, which will automatically provide a copy to all counsel of record.

Date: December 2, 2025

/s/ Lynn A. Toops
Lynn A. Toops