UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ASBURY AUTOMOTIVE GROUP, INC. DATA INCIDENT LITIGATION | Case No. 1:24-mi-55555-VMC |

### JOINT REPORT OF SETTLEMENT AND MOTION TO STAY DEADLINES

Plaintiffs, Evan Miller, Omar Aviles, David Pedraza, Christian D. Scott, Stephen Johnson, and Brendan Siebels ("Plaintiffs"), by counsel, and Defendant, Asbury Automotive Group, Inc. ("Defendant" or "Asbury") (together, "Parties"), by counsel, respectfully file this Joint Report of Settlement and Motion to Stay Deadlines. In support, the Parties state:

1. The Parties have reached an agreement in principle to settle this case on an individual basis.

2. The Parties are working together to draft a settlement agreement but require additional time to finalize and execute the final settlement agreement.

3. The Parties anticipate being able to do so within 30 days from the date of this Motion. Thereafter, Plaintiffs intend to file a Stipulation of Dismissal pursuant to Federal Rule 41.

4.  To better facilitate the Parties' efforts to finalize the Settlement, the Parties jointly move the Court to stay proceedings in this matter, including but not limited to Plaintiffs' deadline to file a Response in Opposition to Defendant's Arbitration Motion.

5.  Good cause exists to support the Court granting this motion because staying proceedings to facilitate settlement efforts will help to conserve party and judicial resources.

WHEREFORE, the Parties, through their respective counsel, move the Court to grant this motion, stay the proceedings as requested herein, and award the Parties all other appropriate relief.

Dated: February 16, 2026

Respectfully submitted,

*/s/ Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

*Counsel for Plaintiffs*

*/s/ Christopher A. Wiech*
Christopher A. Wiech (No. 757333)
Chelsea M. Lamb (No. 524879)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 303096-7676
(404) 256-6694
cwiech@bakerlaw.com
clamb@bakerlaw.com

*Counsel for Defendant*

2

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel for Plaintiffs certifies that this document has been prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia.

Date: February 16, 2026

>*/s/ Lynn A. Toops*
>Lynn A. Toops

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2026, a true and correct copy of the foregoing was electronically filed with the Court and served upon all counsel of record via the Court's CM/ECF system.

Date: February 16, 2026

                                              */s/ Lynn A. Toops*
                                              Lynn A. Toops