UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ASBURY AUTOMOTIVE GROUP, INC. DATA INCIDENT LITIGATION | Case No. 1:24-mi-55555-VMC |

### [PROPOSED ORDER] GRANTING MOTION TO STAY DEADLINES

This matter came before the Court on the Parties' Joint Report of Settlement and Motion to Stay Deadlines. Being duly advised, the Court now GRANTS the motion. IT IS HEREBY ORDERED that this matter is STAYED pending the Parties' finalization of the Settlement Agreement. Should the Settlement not be finalized and executed within thirty (30) days, the Parties are ordered to promptly advise the Court of the status of the settlement or litigation.

IT IS SO ORDERED.

Date:

_____
HONORABLE VICTORIA M. CALVERT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**