# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ASBURY AUTOMOTIVE GROUP, INC. DATA INCIDENT LITIGATION | Case No. 1:24-mi-55555-VMC |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiffs Evan Miller, Omar Aviles, David Pedraza, Christian D. Scott, Stephen Johnson, and Brendan Siebels and Defendant Asbury Automotive Group, Inc, hereby stipulate that the action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class, pursuant to Rule 41(a)(1)(A)(ii), as Defendant has not filed an answer or motion for summary judgment.

Date: April 30, 2026                    Respectfully submitted,

*/s/ Lynn A. Toops*                     */s/ Christopher A. Wiech*
Lynn A. Toops (No. 26386-49)            Christopher A. Wiech (No. 757333)
**COHEN & MALAD, LLP**                   Chelsea M. Lamb (No. 524879)
One Indiana Square, Suite 1400          **BAKER & HOSTETLER LLP**
Indianapolis, Indiana 46204             1170 Peachtree Street, Suite 2400
(317) 636-6481                          Atlanta, GA 303096-7676
ltoops@cohenandmalad.com                (404) 256-6694
                                        cwiech@bakerlaw.com
**Counsel for Plaintiffs**               clamb@bakerlaw.com

                                        ***Counsel for Defendant***

1

## <u>RULE 7.1(D) CERTIFICATE</u>

The undersigned counsel for Plaintiffs certifies that this document has been prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia.

Date: April 30, 2026

*/s/ Lynn A. Toops*
Lynn A. Toops